AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JEFFREY SCOTT HAMM, JR.,<br><br>Defendant. | )<br>)<br>)  Case No.   3:26-MJ-45 (ML)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of January 8, 9, 15, 16, and 19 in the county of Broome in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Making a threat using interstate communications |

This criminal complaint is based on these facts:
See attached affidavit

☒   Continued on the attached sheet.

_____
Complainant's signature
Eric J. Seaver, Special Agent
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  02/27/2026

_____
Judge's signature
Hon. Miroslav Lovric, U.S. Magistrate Judge
Printed name and title

City and State:   Binghamton, New York

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Eric J. Seaver, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging Jeffrey Scott Hamm, Jr. with violating Title 18, United States Code, Section 875(c), making threats using interstate communications.

2. I am a Special Agent with the FBI and have been so since August 2025. As such, I am an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code. I am currently assigned to the Joint Terrorism Task Force ("JTTF") where my primary responsibility is conducting national security investigations involving matters of international and domestic terrorism. Throughout my employment as a federal law enforcement officer, I have received extensive training and I have gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, examination of digital and physical evidence, and various other criminal laws and procedures.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint and does not set forth all of my knowledge about this matter.

### PROBABLE CAUSE

#### *FBI Notification and Subscriber Information*

4. On February 24, 2026, Google LLC notified the Federal Bureau of Investigation ("FBI Albany") that it assessed that threatening statements made by the YouTube user identified

as @JusticePeaceUnity constituted an emergency involving imminent death or serious bodily injury to a person or persons, and that immediate disclosure to law enforcement of certain information regarding YouTube user @JusticePeaceUnity was required to avert the emergency.

5.  Google LLC provided FBI Albany with subscriber information for YouTube user @JusticePeaceUnity, including the address information for mollyiswhite@gmail.com, the registered email account for the YouTube account @JusticePecaeUnity. Additionally, Google LLC provided the timestamps and text of threatening comments made by @JusticePeaceUnity. The subscriber information provided was as follows:

- e-Mail: mollyiswhite@gmail.com
- Birthday: xx/xx/1993
- Recovery e-Mail: jeffreyscotthammjr@gmail.com
- Recovery SMS: +16072969537 [US]
- Jeffrey Hamm ENDICOTT, NY, 13760, US
- Jeffrey Hamm BINGHAMTON, NY, 13905, US +1 (607) 621-8292(US)
- 325 Main St. Apt. #3 Binghamton, NY, 13905, US +1 (607) 624-9537(US)
- Phone Numbers: 1-607-621-8292, +16072969537 [US], +16072969537, +16073040238

6.  FBI Albany conducted records checks based on the information Google LLC provided. Those checks identified the YouTube account user making the aforementioned threatening statements as Jeffrey Scott Hamm Jr., who resides at 53 Moeller St., Apt. 2, Binghamton, New York, 13904. An open-source map search discovered images of the residence at 53 Moeller St. in Binghamton. A video posted on the YouTube channel of @JusticePeaceUnity shows the same house from the south side door.

### *Threatening Communications*

7.  Based on the foregoing, FBI Albany assesses that Hamm has utilized YouTube account @JusticePeaceUnity to post threatening comments on YouTube videos. The threats made in the materials Google LLC sent to the FBI, which Google LLC deemed to present urgent threats to life or serious bodily injury to person or persons, include threats to kill the President of the United States, to "shoot up ICE" and kill ICE agents, and referenced suicide and dying with a gun in his hand if ICE or other federal agents "come to [his] door." The threat comments left on YouTube videos shared with the FBI, made between January 8, 2026 and February 19, 2026, included:

   a) 2026-02-19: "Jeffrey Scott Hamm Jr. I'm about to burn this entire government down. Probably this week I'm getting my guns out of storage and I'm gonna go shoot up ICE"

   b) 2026-02-16: "Just know if you come to my door I'm gonna die with a gun in my hand pointing at ICE or some Federal Agent. I'm not going to a concentration camp."

   c) 2026-02-16: "I think I'll give in and commit suicide now."

   d) 2026-02-15: "I'll see you in the front lines. I'll bring the tired and the Molotov cocktails"

   e) 2026-02-15: "Trump is gonna be on his knees when I stick this piping hot metal rod in and out his throat"

   f) 2026-02-15: "shoot to kill maga!"

   g) 2026-02-15: "I say imma pull my gun out and start shooting people over this shit"

   h) 2026-01-15: "KILL ALL MAGA, Revolution!!"

i) 2026-01-15: "kill ice, mill maga, kill trump"

j) 2026-01-15: "2nd Amendment. We have every right to kill ICE agents"

k) 2026-01-15: "I'm gonna find you and shoot you maga"

l) 2026-01-15: "I'll kill a mother fucking ICE agent"

m) 2026-01-15: "We HAVE EVERY RIGHT TO SHOOT TO KILL THE TYRANNICAL GOVERNMENT! 2NDAMENDMENT MOTHERFUCKERS!!!!"

n) 2026-01-09: "1,000 Rounds for ICE"

o) 2026-01-09: "I got my scope on them now"

p) 2026-01-08: "I'll kill Donald Trump first chance i fucking get!"

### *Search Warrant Execution*

8. On February 26, 2026, this Court authorized two search warrants based upon the above-described threats – one for the person of Jeffrey Scott Hamm, Jr. and one for Hamm's residence at 53 Moeller Street, Apt. 2, Binghamton, New York. FBI personnel executed the search warrants last evening, detaining Hamm in Binghamton, NY 13901 in order to execute the search warrant of his person. When FBI personnel asked Hamm if he would like to accompany them to the Broome County Sheriff's office to talk, Hamm agreed and was transported to Broome County Sheriff's office.

9. On February 26, 2026, Hamm was interviewed by your affiant at the Broome County Sheriff's office. The interview was recorded with audio and video. Prior to the interview, Hamm was read his *Miranda* warnings, which he waived, and Hamm agreed to continue speaking with me and the other interviewing agents. Hamm opened his phone and showed the interviewing agents his YouTube account. Hamm stated that he is the owner of @JusticePeaceUnity on YouTube

and his phone is the primary device he uses to access the account. Hamm stated that he has made comments that he believes could be problematic in the past. During the interview, Hamm was shown a printout of the threats that YouTube had sent to the FBI, specifically the threats listed above in this Affidavit. Hamm stated that he made those comments on YouTube using his YouTube account @JusticePeaceUnity and placed his initials next to each of those threats after acknowledging that he made them from his YouTube account using his cell phone.

## CONCLUSION

10.     Based on the information described above, I respectfully submit there is probable cause for the Court to authorize a criminal complaint charging Hamm with violating 18 U.S.C. § 875(c).

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

*[signature]*
Eric J. Seaver
Special Agent

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by videoconference on February 27, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

*[signature]*
Hon. Miroslav Lovric
United States Magistrate Judge