AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Northern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>JEFFREY SCOTT HAMM, JR.<br>*Defendant* | )<br>)<br>)  Case No.  3:26-MJ-45 (ML)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  JEFFREY SCOTT HAMM, JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Making a threat using interstate communications, in violation of Title 18, United States Code, Section 875(c)

Date: 02/27/2026

*Issuing officer's signature*: Miroslav Lovric

City and state: Binghamton, New York

Hon. Miroslav Lovric, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/27/2026, and the person was arrested on *(date)* 2/27/2026
at *(city and state)* Binghamton, NY.

Date: 3/4/2026

*Arresting officer's signature*: Eric Seaver

SA Eric Seaver
*Printed name and title*