IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    3:26-MJ-45 (ML) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JEFFREY SCOTT HAMM JR.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## **ORDER**

A.    The Court adopts the stipulated facts set out above as findings and hereby incorporates them into this Order;

B.    The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether an extension of time within which the government must file an information or indictment serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights.  The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant(s) in a speedy indictment and trial because digital forensics analysis is ongoing. Once the analysis is complete, the parties will need additional time to review the evidence and assess its impact on the case.  As such, the delay is warranted, taking into account the exercise of due diligence.

BASED ON THE  STIPULATED FACTS AND THE COURT'S RELATED FINDINGS, IT IS HEREBY ORDERED that the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), be enlarged to and including ninety (90) days from the date of this Order, and that time be excluded pursuant to Title 18, United States

Code, Section 3161(h)(7)(A), from the computation of the time within which an indictment must

be filed under the provisions of Title 18, United States Code, Section 3161(b), because the ends of

justice served by granting this continuance outweigh the best interest of the public and the

defendant in a speedy trial for the reasons stipulated above.

IT IS SO ORDERED.

Dated and entered this _____6th_____ day of May, 2026.

Hon. Miroslav Lovric
U.S. Magistrate Judge

2